UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
2015-2647

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on May 19, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Frank M. D'Amico
    Tamala S. D'Amico aka Tammy S. D'Amico

Case No.: 15-22659-JNP

Hearing Date: April 20, 2016

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: May 19, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Frank M. D'Amico and Tamala S. D'Amico aka Tammy S. D'Amico
Case No.: 15-22659-JNP
Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Wells Fargo Bank, N.A., is hereby resolved upon the conditions set forth herein.

2. The parties acknowledge that on or about January 22, 2016, the debtor entered into a trial loan modification with respect to the real property known as 7 Autumn Court, Blackwood, NJ 08012.

3. Pursuant to the terms of the trial period plan, the debtor is required to tender a monthly payment amount of $1,954.25, commencing on March 1, 2016 and continuing until May 1, 2016.

4. The debtor's mortgage will be reviewed for a permanent mortgage modification upon completion of the trial payments.

5. The debtor shall obtain a permanent mortgage modification on or before June 30, 2016, subject to any further extension of the Loss Mitigation Period ordered by This Court.

6. In the event that a permanent mortgage modification is not obtained on or before the deadline set forth in paragraph 5 above, the debtor shall file a modified Chapter 13 Plan within thirty (30) days of such deadline.

7. The objections filed on behalf of Wells Fargo Bank, N.A. are hereby preserved so that they may be presented in relation to any future plan of reorganization put forth by the debtor.

8. The mortgagee shall serve this order on the debtor, any trustee and other party who entered an appearance on the objection to confirmation.